| 4O 10 |
| Rev. 1/2009 |

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2008

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| WALLACE, J. CLIFFORD | United States Court of Appeals Ninth Circuit | May 14, 2009 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States Circuit Judge Senior Status | ☐ Nomination, Date  ☐ Initial  ☒ Annual  ☐ Final  5b. ☐ Amended Report | January 1, 2008 to December 31, 2008 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| United States Courthouse 940 Front Street, #4192 San Diego, California 92101 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1  SEE ATTACHMENT | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

2009 MAY 15 A 10: 49  RECEIVED

Wallace_Clifford_J

Wallace, J. Clifford                           Date of Report May 14, 2009

Financial Disclosure Report for 2008


I:       Positions


Member of    Executive                      International Organization
Committee/Board of Governors                For Judicial Training


Senior Advisor on Legal Systems             The Asia Foundation
and Judicial Administration


Advisor                                     Thailand Judicial Training Institute


Member                                      ABA Asia Law Initiative Council


Member                                      Council of Visitors of
                                            California Western School
                                            of Law


Member                                      William H. Rehnquist Center's National Board of
                                            Academic Advisors


Member                                      ABA-UNDP Advisory Committee

| Name of Person Reporting | Date of Report |
|---|---|
| J. CLIFFORD WALLACE | May 14, 2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[x] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children: see pp. 25-27 of filing instructions.)*

[x] NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. SEE ATTACHMENT | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

Wallace, J. Clifford                    Date May 14, 2009
Financial Disclosure Report for 2008
IV.   Reimbursements

| | Source | Description |
|---|---|---|
| 1. | High Court of Republic of Marshall Islands | Transportation, Food, Lodging Expenses 11/30 - 12/3/2008 |
| 2. | American Bar Association | Transportation, Food, Lodging Expenses 8/8-10/2008 |
| 3. | Federalist Society/Stanford | Transportation, Food Expenses 10/22/2008 |
| 4. | Federalist Society/Oregon | Transportation Expense 9/ /2008 |
| 5. | Brigham Young University Salt Lake City, Utah | Transportation Expense 10/ 2/2008 |
| 6. | Brigham Young University Salt Lake City, Utah | Transportation, Food, Lodging Expenses 4/25-5/3/2008 |
| 7. | Brigham Young University Las Vegas, Nevada | Transportation Expense 3/21/2008 |
| 8. | J. Reuben Clark Law Society Tempe, Arizona | Transportation Expense 2/14-17/2008 |
| 9. | Federalist Society/ University of Pennsylvania | Transportation Expense 2/8/2008 |
| 10. | American Bar Association Bangkok, Thailand | Transportation, Food, Lodging Expenses    1/21-26/2008 |
| 11. | Federalist Society/Stanford | Transportation Expense 1/17/2008 |

| Name of Person Reporting | Date of Report |
|---|---|
| J. CLIFFORD WALLACE | May 14, 2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

**X** NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1 | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

**X** NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| J. CLIFFORD WALLACE | May 14, 2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Union Transwest Credit | D | Int | N | T | | | | | |
| 2. Changing Parameters | | NONE | Q | T | | | | | |
| 3. | | | | | | | | | |
| 4. | | | | | | | | | |
| 5. | | | | | | | | | |
| 6. | | | | | | | | | |
| 7. | | | | | | | | | |
| 8. | | | | | | | | | |
| 9. | | | | | | | | | |
| 10. | | | | | | | | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| J. CLIFFORD WALLACE | May 14, 2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Attached are copies of letters which I received from Judge Pratt dated July 31, 1990, and of my response thereto dated August 30, 1990, and from Judge Julian Cook Jr., dated October 21, 1991, and of my response thereto dated November 20, 1991.

August 30, 1988

Honorable John H. Pratt
Chairman
Judicial Ethics Committee
811 Vermont Avenue, N.W.
Washington, D.C.   20544

Dear Judge Pratt:

I have reviewed your letter dated July 31, 1988. You raise two questions pertaining to my status as Senior Advisor on Legal Systems and Judicial Administration for The Asia Foundation.

Your first question asks for information about the "nature" of The Asia Foundation. The Asia Foundation is a private American non-profit organization incorporated under the laws of the State of California. For over 30 years it has been assisting institutions, organizations, and individuals in Asia and the Pacific in ways that contribute to their development, and to the long-term foreign policy interests of the American people. A principal emphasis in the Foundation's program is the promotion of legal institutions and procedures that provide safeguards for the human rights of citizens of countries in Asia and the Pacific.

Your second question asks for information about "the nature of the functions" that I perform. Primarily, I consult judges and others in Asia and advise The Asia Foundation programs to improve the administration of justice in Asian countries. At times, I also give lectures and teach while in

You have kindly called to my attention the proscriptions Code. I do not believe my service to The Asia Foundation as the Code.

Very truly yours,

J. Clifford Wallace

xxx Anderson, Esq.

Honorable J. Clifford Wallace
United States Court of Appeals
125 United States Courthouse
O. Front Street
n Diego, California 92189                    AUG 3 1990

r Judge Wallace:

This committee reviews Financial Disclosure Reports. A
_____ member has reviewed your 1988 Report and has commented
the following:

You have reported in part I, "Position," that you are a
or Advisor on Legal Systems and Judicial Administration of
Asia Foundation. The nature of that entity and the extent of
functions that you perform in connection with it cannot be
tained from the entry in your report. It is clear,
theless, that you receive substantial non-investment income
the organization. Your attention is invited to the
sions of Canon 5 of the Code of Conduct for United States
s, as well as to Advisory Opinions 10, 30 and 62.

ecause your position in this organization may conflict with
de of Conduct, it is requested that you furnish the
tee with additional information reconciling your position
he proscriptions of the Code.

Section VII, line 9, the value code used is incorrect.
etary ranges for the applicable value codes (J-Z) are set
the end of Section VII on the Report form. In future
please use the proper codes.

we have a response within 30 days, in three copies, with
the clerk of your copy, with the information requested.
for your cooperation.

Sincerely,



John __ Pratt
Chairman

November 20, 1991

Honorable Julian Abele Cook, Jr.
Chairman
Judicial Ethics Committee
811 Vermont Avenue, N.W.
Washington, D.C. 20544

Dear Judge Cook:

I have reviewed your letter dated October 21, 1991, pertaining to my 1989 Financial Disclosure report.

Section IV, lines 3 and 5 – transportation, food, and lodging received from the Liberty Fund and the Anglo/American Exchange:

Liberty Fund – this is a tax-exempt, private operating foundation established to encourage study of the idea of a society of free and responsible individuals. It conducts conferences (for people from all walks of life), publishes books, and produces films. [illegible] and I were invited to attend. This program was entitled "Law, Liberty, and Responsible Individuals." They paid our transportation, food, and lodging while we attended the conference, and I assume they did this for every participant.

Anglo/American Exchange – I was selected by Chief Justice Rehnquist to be part of the American team of judges at this event, which occurs every three to four years. It is a well-known conference. I do not know the source of the money, but I am sure that Chief Justice Rehnquist, or Justice O'Connor team leader, could enlighten you. Do you wish further information?

Section VII, line 8, Subsection D, line 8: This home not purchased for investment purposes or for production of income. This is a second personal home. Because I was not sure whether or not it should be in the report, I decided to include it to be on the safe side. I will not include it in the future.

Very truly yours,



[illegible signature] Wallace

Judicial Conference
of the
United States

Julian Abele Cook, Jr. Chairman

Howard C. Bratton
Dickinson R. Debevoise          Alan B. Louie
Leonard I. Garth                Frank J. Magill
Jerome W. Gilmore               James H. Mann
Carolyn Dineen King             Robert E. Propst
Fred K. Leisure                 Norman R. Ramsey
A. Little, Jr.                   Eugene A. Wright

811 Vermont Avenue, NW
Washington, DC 20004

(202) 786-7051
TE: 786-7056
FAX: 786-6510

JUL 21 1991

Honorable J. Clifford Wallace
Chief Judge, United States
Court of Appeals
325 United States Courthouse
940 Front Street
San Diego, California 92189

Dear Judge Wallace:

This Committee reviews Financial Disclosure Reports. A Committee Member has reviewed your 1989 Report and has commented the following:

In Section IV, Lines 3 and 5, you have reported gifts of transportation, food and lodging received from the Liberty Fund and the Anglo/American Exchange. Please provide additional information regarding the sources and circumstances of the gifts.

In Section VII, Line 8, Subsection D, you included the use of a second home. Real property which is held as an investment or for the production of income should be listed in Sections (A-C) to disclose its description (city or county and state in which the property is located), income and value. In that this is a second personal residence or a non-investment property, you are not required to disclose any information. Please provide the Committee with clarification of your interest in the property.

We have a response within 30 days, in three copies, with the information requested. Thank you for your cooperation.



Sincerely,

United States Court, Jr.
Chairman

| Name of Person Reporting | Date of Report |
|---|---|
| J. CLIFFORD WALLACE | May 14, 2009 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544